**FILED**
April 1, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-mj-00062-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| KHANAJEE LEE, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, KHANAJEE LEE, Case No. 2:15-mj-00062-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

   _X_   Co-Signed Unsecured Appearance Bond

   ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The bond paperwork is to be filed by 4/3/2015.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 4/1/2015 at 2:28 P.M.

By _____
Edmund F. Brennan
United States Magistrate Judge