BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-MJ-0062-KJN |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING PRELIMINARY HEARING |
| ) | DATE |
| KHANAJEE LEE, ) | |
| ) | |
| ) | Judge: Hon. Carolyn K. Delaney |
| Defendant. ) | |
| ) | |
| ) | |

### STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on October 16, 2015.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until December 10, 2015, at 2:00 p.m.
3. The defendant made her initial appearance on March 26, 2015, and preliminary hearing was scheduled for April 9, 2015. On April 1, 2015, the parties appeared for a Bail Review Hearing. At the

Stipulation to Continue                  1              United States v. Khanajee Lee

hearing, the defendant was released under the supervision of pretrial services and the preliminary hearing was continued to April 27, 2015.  The preliminary hearing was subsequently continued to June 12, 2015, August 7, 2015, and finally to October 16, 2015, by stipulation and order.

4. The defendant is presently out of custody and being supervised by a Pretrial Services Officer.

5. On October 9, 2015, the Honorable Allison Claire signed an order appointing Candace A. Fry as counsel for the defendant.  The defendant had previously been represented by Jeffrey Fletcher.
   a. On October 9, 2015, the United States mailed discovery to Ms. Fry.
   b. The United States had previously provided discovery to Mr. Fletcher.

6. The United States has had discussions with both Mr. Fletcher and Ms. Fry regarding potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.  Specifically, Ms. Fry needs time to review the discovery in this matter.

7. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy

trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from October 16, 2015, through and including December 10, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

8. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: October 12, 2015         /s/ Justin L. Lee
                                JUSTIN L. LEE
                                Assistant U.S. Attorney

DATED: October 12, 2015         /s/ Candace A. Fry
                                CANDACE A. FRY
                                Attorney for Khanajee Lee

**ORDER**

    IT IS SO FOUND AND ORDERED

Dated: October 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE