BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KHANAJEE LEE,<br><br>　　　　Defendant. | ) 2:16-CR-00006-JAM<br>)<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING STATUS HEARING<br>)<br>)<br>) Judge: Hon. John A. Mendez<br>)<br>)<br>)<br>) |

### **STIPULATION**

　　The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Status Hearing on March 15, 2016.
2. By this Stipulation, the parties now move to continue the Status Hearing to until March 21, **2017**, at 9:15 a.m.
3. The parties have entered into a deferred prosecution agreement. Pursuant to the agreement, the defendant must comply with certain terms and conditions for a period of one year.  If the

defendant remains in compliance, then the United States will move to dismiss the pending charges against the defendant.

4. The defendant is presently out of custody and being supervised by a Pretrial Services Officer.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2016, to March 21, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Additionally, time may be excluded under Local Code L based on the deferred prosecution agreement between the parties.

**IT IS SO STIPULATED.**

DATED: March 11, 2016        /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: March 11, 2016        /s/ Candace A. Fry
                             CANDACE A. FRY
                             Attorney for Khanajee Lee

**ORDER**

IT IS SO FOUND AND ORDERED, this 11th day of March, 2016.

/s/ John A. Mendez_____
Hon. JOHN A. MENDEZ
United States District Court Judge