IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-CR-00006-JAM |
| Plaintiff, ) | |
| ) | **ORDER DISMISSING** |
| v. ) | **INFORMATION** |
| KHANAJEE LEE, ) | |
| Defendant. ) | |

**ORDER**

On December 20, 2016, the United States filed a Motion to Dismiss the pending Information in the above-captioned matter. Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the above-captioned matter is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: December 22, 2016

**/s/ JOHN A. MENDEZ**
Hon. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1